

# ANDERSON COUNTY SHERIFFS DEPARTMENT
101 SOUTH MAIN ST STE400
CLINTON, TN. 37716-
Phone: (865) 457-2414  Fax: (865) 457-5395
(INTAKE)

SEIBER, MITCHELL EUGENE
194 SUGAR GROVE VLY
HARRIMAN, TN. 37840-
(865) 435-1888

| Booking# | Jacket# |
|---|---|
| 53794 | 10534 |
| Cell# | Locker# |
| 319A | 121 |

Social Security #: [redacted]  D.L.#: [redacted]  Date Of Birth: [redacted] (55)

Mittimus #: 127723
Length: SHOR

Race: W  Sex: M  Height: 601  Weight: 180  Beard: N
Hair: GRY  Eye: BLU  Complexion: F  Hispanic: N  Gang: NONE
Mustache: N  Glasses: N  Dominant Hand: R  Military Agency: NONE  Escape Risk: N
Religion: BAPTIST  Marital Status: D  Place Of Birth: OLIVER SPRINGS, TN  # Of Children: 2
Country: USA  Diet Restriction:  Citizen: Y

Features: NONE
Aka: MITCHELL SEIVERS
Employer: UNEMPLOYED / CARPENTER
Kin Name: [redacted]  Work Phone: ( ) -  SID#:
Address: [redacted]  Relationship: BROTHER
Phoned W:  Phone #: (865) 435-1888  Case/OCA#: 0909220070
Intake Date: 9/2[redacted]  Time: 20:20  Intake Officer: 0744 - POLUGA, JANET
Arrest Date: 9/22/2009  Time: 19:33  Officer: OGBURN
  Searching Officer: 1070 - LINDSEY, NICHOLAS
Arresting Agency: ACSO  Transporting Agency: OGBURN / ACSO  Location: [redacted]
Bond Description: PROPER  Bond Amt: 82500
Vehicle Towed By: NONE  Agency Responsible: ACSO - ANDERSON COUNTY SHERIFF
CR#:  Prison #:  Inmate Class: 2  Suicide Watch: N
Holders:
Trustee: N  Mental Illness: N  Weekender: N  Violent: N
Release Date:  Time:  Officer Id:
Released By:  Released To:  Out Weight:  Total Bookings: 5

Transporting Officer: _____
Inmate: _____  C/O: _____

| CHARGE | DESCRIPTION | TERMS | BOND | WARRANT | CT | DATE | TIME | DEP |
|---|---|---|---|---|---|---|---|---|
| 39-13-503 | RAPE [1 | PROPER | 75000 | A8CR0484 | 3 | / / |  | ACSO |
| 40-35-110 | CONTEMPT OF COURT [1 | PROPER | 5000 | 1821-7CM | 4 | 9/30/2009 | 09:00 | ACSO |
| BOND | BOND REVOCATION [1 | PROPER | 2500 |  | 4 | 9/30/2009 | 09:00 | ACSO |


