

Seiber, Mitchell

10534

## NURSES NOTES

| DATE | TIME | |
|------|------|---|
| 8/5/10 | 3:50 pm | Mr. Seiber was escorted to medical for dsg. change to inside of ankle on (R) foot. I/M has been at this facility since Sept. 22, 2009. We have been treating this mass off and on with antibiotics and ibuprofen. Cleansing with sterile H₂0 and saline and applying clean dry dsg. He Yo prim radiation from his foot into the (R) groin. He has a swollen area in his (R) groin that is tender to touch. There has been no change in size or appearance of this mass but it has started draining a greenish yellow colored fluid and has a foul odor. There is no distress noted. Dr. Townsend has requested that we send him out to another physician for possible removal of mass. ——— M. Lacey lpn |
| 08/07/10 | | Granuloma reviewed N 6x5 cm x 3 cm granuloma on stalk on main sole of (R) foot. Pt has appt to see podiatrist for excision ——— E.C. |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---------|-----------|---------|-----------|---------|-----------|
| | | | | | |

| NAME- LAST | FIRST | MIDDLE | ALLERGIES |
|-----------|-------|--------|-----------|
| | | | INMATE # |

NURSE NOTES      HA/02