

Fr Charles W Townsend MD
1500 Hollow Rd
Glasgow KY 42141

To Prosecutors Attn DA District Attorney
Anderson Co. TN

I am writing on the Inmate Mitchell Settles.

The costs of his Chemotherapy are going to be astronomical. The treatments will be $5000.00 every 2 weeks and 300.00 for Dr visit.

In view of his charges, the costs to take care of him for the next 6 mos will be over $50,000.00. If there is a way to release him safely I would save the Co lots of Dollars. His Dx is A Malignant Melanoma of the R Heel. I realize he would like to stay here But TennCare should pay for his treatments

Sincerely Charles W Townsend